AO 91 (Rev. 11/11) Criminal Complaint

EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Joshua E. Bock<br>5303 Edgeview Rd<br>Columbus, OH 43207<br><br>*Defendant(s)* | Case No. 2:24-mj-470 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2023 to September 2024__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Transportation/Possession of Child Pornography by a Person Previously Convicted of an Offense Relating to Sexual Abuse of a Minor |

This criminal complaint is based on these facts:
See the attached Affidavit of HSI Special Agent Sara Sellers which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sara Sellers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME
Date: 09/25/2024

_____
*Judge's Signature*

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | Case No.: |
| United States of America ) | |
| v. ) | |
| Joshua E. Bock ) | Magistrate Judge |
| 5303 Edgeview Road ) | |
| Columbus, Ohio 43207 ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252 and 2252A - the sexual exploitation of a minor and distribution of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Joshua E. Bock (BOCK) committed the violations listed above.

2. I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

### PROBABLE CAUSE

3. On or about September 18, 2024, law enforcement assigned to The Franklin County

Internet Crimes Against Children Task Force (ICAC) were contacted by law enforcement with the Franklin County Sheriff's Office regarding several separate civilian witnesses on multiple separate occasions making complaints about a male who was observed at the address of 5303 Edgeview Road in Columbus, Ohio. The complaints related to that male standing behind a glass storm door, fully nude, masturbating while school- aged children were getting off the school bus walking to their homes. Numerous children witnessed this male and reported it to their parents who then made reports to the Franklin County Sheriff's Office.

4. On or about September 18, 2024, law enforcement ran database checks related to the address of 5303 Edgeview Road and learned that Joshua BOCK (DOB: 05/1992) resided there and had been listed as a suspect in numerous reports. Upon further review, law enforcement learned that BOCK was a Tier I registered sex offender. This was based on Franklin County Court of Common Pleas Criminal Division Case Number 11CR1083 in which BOCK pled guilty to Sexual Imposition, a misdemeanor in the third degree, in violation of Ohio Revised Code 2907.06. In that case, BOCK was charged as a hands-on sexual offender with a victim who, at the time, was approximately nine years of age. He was sentenced to 60 days incarceration and a $500 fine.

5. On or about September 18, 2024, an arrest warrant for BOCK was issued for Public Indecency, a violation of Ohio Revised Code Section 2907.09. That same day, BOCK was arrested at his residence at 5303 Edgeview Road, Columbus, Ohio. At the time of his arrest, he was in possession of a Samsung Galaxy S9 cellular phone. After his arrest, BOCK was transported to the Franklin County Sheriff's Office Detective Bureau to be interviewed by law enforcement with the ICAC. After receiving his *Miranda* warnings, BOCK waived and agreed to speak with law enforcement. During the interview, BOCK admitted to masturbating in the doorway while children got off the school bus. Additionally, BOCK signed a consent to search form for Samsung Galaxy S9 and provided the device passcode to law enforcement.

6. A manual review of the Samsung belonging to BOCK simultaneous to the interview of BOCK being conducted. While looking at the device, law enforcement observed a video file depicting what appeared to be an adult male walking behind a prepubescent female rubbing his hand across the prepubescent female's buttocks, over her clothing. An image which depicted a prepubescent female approximately 10 years old in a state of nudity with her chest exposed laying on a bed was also noted. Law enforcement showed BOCK the video file and BOCK stated it was not a video of him touching the prepubescent female. The cursory review of the Samsung was stopped and a search warrant for the device was obtained.

7. In continuing the interview with BOCK, BOCK stated that he would consider himself a collector of child pornography and has been collecting since 2018. BOCK also described the location of numerous devices that were at his residence that contained child pornography to include: three (3) external hard drives located in his bedroom between the mattress and the wall, three (3) or four (4) USB thumb drives between the desk and wall in his bedroom, multiple laptops, and a Samsung Galaxy S6 in a drawer in his nightstand

next to his bed. **BOCK** also described a "treasure chest" in his bedroom under the stairs which contained printed photographs of child pornography he had obtained from the internet along with bras he had collected from his sister's friends several years ago. **BOCK** denied any hands-on sexual offenses after his 2010 criminal case.

8. **BOCK** was charged with Pandering Obscenity Involving a Minor or Impaired Person, in violation of Ohio Revised Code 2907.321(A)(5), a Felony of the Fourth Degree.

9. On or about September 19, 2024, a search warrant was executed for the residence of 5303 Edgeview Road to look for the devices and evidence **BOCK** had outlined above. Law enforcement seized three (3) external hard drives, four (4) USB thumb drives, multiple laptops, one (1) desktop computer, eight (8) printed photos, and a Samsung Galaxy S6 cellular phone, all located in **BOCK**'s bedroom. In addition, a "treasure chest" just as **BOCK** had described it was recovered with images of child pornography and female undergarments contained within.

10. On or about September 23, 2024, law enforcement reviewed one (1) of the three (3) external hard drives and the Samsung Galaxy S9. Both the Samsung Galaxy S9 and the singular external hard drive contained hundreds of media files depicting child pornography. For example, approximately sixteen (16) photographs were noted on the external hard drive which generally depicted prepubescent females ranging from toddler age to teen in a state of "bondage". In the photographs, the young prepubescent minors are depicted being tied with restraints which are bound around their hands and legs while fully nude. Some of the minor females depicted in the images were observed to have gags in their mouths.

11. Upon an additional review of the external hard drive labeled "Porn 2," law enforcement observed several videos of child pornography, some of which is described as follows:

    a. File Name: *J:\Telegram CP\Mega\My Stuff\New\New folder\Todo por ser admin. -- pCloud Download Link_2-quicktime.mov*: one video file approximately three minutes and 51 seconds in length (03:15) depicting a prepubescent female (approximately eight (8) years old) naked from the waist down sitting on a chair. A younger female toddler (approximately three (3) years old) is observed inserting her finger inside the vagina of the prepubescent female, the toddler aged female then performs oral sex on the prepubescent female. During the beginning of the video the date "09.23.2001" and time "11:44", can be observed in the video.

    b. File Name: *50551f4d-65d2-4581-b8f8-b51cb1e0c40f.mp4*: one video file approximately fifty-five (55) seconds in length depicting a prepubescent female, fully nude, laying on her back, with her hands and legs bound by yellow rope. A black in color leather collar can be observed around the prepubescent female's neck. There is what appears to be an adult male's hand rubbing the vagina of the prepubescent female. While bound, the prepubescent female begins performing oral sex on the adult male, while the adult male continues to rub the prepubescent female's vagina.

    c. File Name: *a13fcf42-c078-4ee9-9b08-f81451ff491e.mp4*: A video file approximately one minute and fifty-nine seconds in length (01:59) which depicted a prepubescent female laying on her back on a bed. The prepubescent female is fully nude with a mask covering her face. There is what appears to be an adult male inserting a sex toy into the anus of the prepubescent female. The prepubescent female then gets on her knees face down on the bed. The camera then focuses on the anus of the prepubescent female. The prepubescent female then lays on her back as adult male straddles her chest and the adult male was observed masturbating. The prepubescent female then opens her mouth and the adult male ejaculates into the mouth of the prepubescent female.

12. Forensic review of **BOCK**'s Samsung Galaxy S6 cellular phone was also initiated. Upon initial review of this device, law enforcement observed the following two (2) videos:

    a. File Name: *bb8cd0a524be0daed245fbf57fc1f8*: A video file approximately twelve (0:12) seconds in length depicting an infant child wearing a pink zip up shirt, laying on its' back with its' eyes closed. An adult male is observed placing his penis into the mouth of the infant, the infant begins suckling on the adult male's penis as if it were a bottle.

    a) File Name: *part42347803423104l5487.mms.mp4*: A video file approximately thirty seconds (00:30) in length depicting an infant female laying on her back wearing a onesie. The onesie is unbuttoned, and the vagina of the female infant is exposed. The video depicts what appears to be an adult hand bearing a rubber glove. The adult gloved hand begins inserting their index finger into the anus of the infant and moving their finger back and forth. The infant is observed attempting to pull away from the adult's hand.

13. On or about September 23, 2024, a preliminary examination of the devices was conducted to determine whether **BOCK** had distributed any child pornography files. A high-level examination of the Samsung Galaxy S9 phone's data revealed that six (6) images had been distributed by **BOCK** using the "Session" ad that three (3) images had been distributed on March 7, 2023, two (2) on June 25, 2023, and one (1) on April 9, 2024. This data was located and confirmed using the application database for the Session application. The forensic extractions of the digital media devices seized in this case and a review of those extractions is still ongoing.

14. Based upon the above information, your affiant submits that there is probable cause to believe that Joshua E. **BOCK** has committed offenses in violation of Title 18 United States §§ 2252 and 2252A–the distribution, transportation, receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

_____
Sara Sellars
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this 25 day of September, 2024.

_____
The Honorable Elizabeth A. Preston Deavers
Magistrate Judge
U.S. District Court for the Southern District of Ohio